UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terry Nali and William Grimm, trustees of the Twin City Floor Covering Industry Pension Fund, et al.

    Plaintiffs,

v.

Vaughan Floor Covering, Inc.,

    Defendant.

Civil 09-2745 JNE/FLN

O R D E R

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 26, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion to correct order for default judgment and injunction [#26] is GRANTED; and

2. The Court's order of June 9, 2010 [#20] is amended in accordance with the Amended Report and Recommendation of Magistrate Judge Noel dated October 26, 2010.

DATED: 11-15, 2010.
at Minneapolis, Minnesota

s/ Joan N. Ericksen
JUDGE JOAN N. ERICKSEN
United States District Court